FRANK A. WEISER (S.B. #89780)
Attorney at Law
3460 Wilshire Blvd., #1212
Los Angeles, California 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com - (e-mail)

Attorney for Defendant
VKND KENDALL LLC,
a California limited liability
company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, | Case No. CV20-01746-JGB-SP |
| Plaintiff, | **DECLARATION OF FRANK A. WEISER IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| VKND KENDALL LLC, a California limited liability company; and DOES 1-10, | DATE: November 8, 2021<br>TIME: 9:00 a.m.<br>CTRM: 1 |
| Defendants. | |

1

## DECLARATION OF FRANK A. WEISER

I, FRANK A. WEISER, do hereby declare:

1. I am the attorney for the Defendant VKND KENDALL LLC, a California limited liability company ("Defendant") and I make this declaration in support of the instant oppositio to the Plaintiff JAMES RUTHERFORD'S ("Plaintiff") Motion for Summary Judgment ("MSJ")

2. On May 11, 2021, at approximately 12:16 a.m., I e-mailed Plaintiff's counsel Joseph Manning, Esq. of Manning Law, APC, the Defendant's Response to Requests for Admission, Set One ("Response to RFAS"). A copy of the e-mail dated May 11, 2021 and the Response to RFAS are attached hereto as Exhibit "A".

3. On July 16, 2021, at approximately 6:13 p.m., I e-mailed Plaintiff's counsel Joseph Manning, Esq. of Manning Law, APC, the Defendant's verified Response to First Set for Production of Documents and the verified Response to First Set of Interrogatories ("RI" and "RPD"). A copy of the e-mail dated July 16, 2021 and the verified RI and RPD are attached hereto as Exhibits "B" and "C".

4. I was a week late on the Response to RFAS. I had a 3 week extension from Mr. Manning's office to respond to the RFAS which were due on May 3, 2021.

5. On May 12, 2021, at approximately 9:44 a.m., I received an e-mail Tristan Jankowski, Esq., an associate in Mr. Manning's office, objecting to the Defendant's late responses to the RFAS and acknowledging that I did have an extension until May 3, 2021. A copy of Tristan Jankowski's e-mail to me of May 12, 2021 is attached hereto as Exhibit "D".

6. On June 15, 2021, I filed an opposition to the Plaintiff's motion to compel written discovery and produce documents and for sanctions. (Docket No. 25).

7. On October 18, 2021, I filed an ex-parte application to extend the time to file an opposition to this motion or to continue this motion, and on October 25, 2021, I filed a reply to the Plaintiff's opposition to the ex-parte application. (Civil Docket Nos. 25 and 37).

8. As I state in my declarations filed on June 15, 2021, October 18, 2021, and October 25, 2021, I have had a medical and family issues that have caused a serious backlog in my trial and appellate practice and as a result I did not respond to the written discovery and document production request until ordered by the magistrate judge to do so and I was also late in responding to the RFAS.

9. The Defendant opposes this MSJ and, as will be argued in the memorandum of points and authorities in opposition to the MSJ, I respectfully request that the Court construe the Defendant's opposition to the MSJ as a motion to withdraw or amend their admissions pursuant to Federal Rule of Civil Procedure 36(b).

10. I recognize that that the Defendant's opposition may be filed prior to the Court's ruling on the ex-parte application but I respectfully do so as I am appearing at a mandatory settlement conference in the Los Angeles Superior Court later today and I may be unable to file the opposition later should the Court grant the application and require its filing by today.

11. Thus, the Defendant respectfully request that the Court deny the MSJ and allow the case to be adjudicated on the merits..

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of October 2021 at Los Angeles, California.

_/s/ Frank A. Weiser_
FRANK A. WEISER

4