1
2
3
4
5
6
7
8
9
10
11
12
13
14

EXHIBIT "B"

15
16
17
18
19
20
21
22
23
24
25
26
27
28

**From:** maimons@aol.com,
**To:** disabilityrights@manninglawoffice.com, adapracticegroup@manninglawoffice.com, joe@manninglawoffice.com, pgrace@manninglawoffice.com,
**Subject:** Fwd: James Rutherford v VKND Kendall, LLC/USDC Case No. Cv20-01746-JGB-SP
**Date:** Fri, Jul 16, 2021 6:13 pm
**Attachments:** Patelvic7-16-21responsetointerrogitories.pdf (792K), Patelvic7-16-21ResponsetoRFPD.pdf (1460K)

---

Dear Mr. Manning:

Attached please find the following verified discovery responses
in the above referenced case: (1) Response to First
Set for Production of Documents; (2) Response to First
Set of Interrogatories; (3) Documents in response to (2).

Because of the volume the documents will be e-mailed
separately.


I appreciate your courtesy and cooperation in the matter.

Sincerely,

Frank A. Weiser
Attorney at :Law
3460 Wilshire Blvd., Ste. 1212
Los Angeles, CA 90010
(213) 384-6964 - (voice)
(213) 383-7368 - (fax)
maimons@aol.com - (e-mail)

FRANK A. WEISER (S.B. #89780)
Attorney at Law
3460 Wilshire Blvd., #1212
Los Angeles, California 90010
(213) 384-6964  - (voice)
(213) 383-7368  - (fax)
maimons@aol.com - (e-mail)

Attorney for Defendant
VKND KENDALL LLC,
a California limited liability
company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES RUTHERFORD, | Case No. CV20-01746-JGB-SP |
| Plaintiff, | **RESPONSE TO FIRST SET OF INTERROGATORIES** |
| vs. | |
| VKND KENDALL LLC,a California limited liability company; and DOES 1-10, | |
| Defendants. | |

PROPOUNDING PARTY: Plaintiff JAMES RUTHERFORD

RESPONDING PARTY:   Defendant VKND KENDALL LLC,

A Californiaifornia limited liability

company

SET NUMBER:          ONE

Pursuant to <u>Federal Rule Civil Procedure</u>, Rule 33 Defendant VKND KENDALL LLC, a California limited liability company ("Defendant," ot "VKND LLC"), responds to the First Set of Interrogatories propounded by Plaintiff JAMES RUTHERFORD ("Plaintiff"). attached hereto as Exhibit "A"

**<u>RESPONSE TO INTERROGATORY NO. 1:</u>**

The list of documents are as follows:

1. CASP report from Craig Lobnow of ProCasp from site inspection of May 12, 2017;

2. Copy of cashed Bank of America from VKND Kendall LLC to Jose Recino for $10,500.00 dated June 25, 2017 for fixing 6 parking spaces at the subject property in accordance with the ADA on June 15, 2017;

3. 4 pictures of subject property parking lot regarding ADA parking spaces;

4. The type of operations including the name of the lesseee, the unit number and square feet of unit at subject property;

5. VKND LLC Profit & Loss Statements for years 2016 to 2020 for subject property;

6. State of California Secretary of State Limited Liability Company Articles of

Organization filed August 14, 2012;

**RESPONSE TO INTERROGATORY NO. 2:**

Net Income for subject property as follows:

Year 2016 - $61,575.00

Year 2017 - $36,572.00

Year 2018 - $32,069.00

Year 2019 - $54,397.00

Year 2020- -$63,198.00

**RESPONSE TO INTERROGATORY NO. 3:**

Net Worth for subject property as follows:

Year 2016 - $199,558.00

Year 2017 - $253,399.00

Year 2018 - $317,097.00

Year 2019 - $378,158.00

Year 2020- -$426,752.00

**RESPONSE TO INTERROGATORY NO. 4:**

Do not contend this.

**RESPONSE TO INTERROGATORY NO. 5:**

None by VKND. Do not know the number of persons

employed by lesseees who will not provide this information.

**RESPONSE TO INTERROGATORY NO. 6:**

The type of operations including the name of the

lesseee, the unit number and square feet of unit is listed in the attached

3

Exhibit "B".

**RESPONSE TO INTERROGATORY NO. 7:**

Do not contend this.

**RESPONSE TO INTERROGATORY NO. 8:**

Do not contend this.

**RESPONSE TO INTERROGATORY NO. 9:**

Do not contend this.

**RESPONSE TO INTERROGATORY NO. 10:**

Do not contend this.

**RESPONSE TO INTERROGATORY NO. 11:**

The defendant was assigned and assumed the ground

lease to the subject property on April 24, 2015. The defendant obtained a

CASP report from Craig Lobnow of ProCasp located at 23882 MatdorWay,

Murrieta, CA 92562, (951) 219-1889 regarding the subject property parking lot

by way of a site inspection of May 12, 2017 and then fixed 6 parking spaces at the subject

property in accordance with the ADA on June 15, 2017 with a Jose Recino, a contractor whose

address is 3833 Buchanan Street, Riverside, CA 92562.

**RESPONSE TO INTERROGATORY NO. 12:**

Same response as response to interrogatory no. 11.

**RESPONSE TO INTERROGATORY NO. 13:**

Same response as response to interrogatory no. 11.

**RESPONSE TO INTERROGATORY NO. 14:**

$10,500.00

**RESPONSE TO  INTERROGATORY NO. 15:**

      June 15, 2017

**RESPONSE TO INTERROGATORY NO. 16:**

      Same response as response to interrogatory no. 11.

**RESPONSE TO INTERROGATORY NO. 17:**

      The list of documents are as follows:

      1. CASP report from Craig Lobnow of ProCasp from site inspection of May 12, 2017;

      2.  Copy of cashed Bank of America from VKND Kendall LLC to Jise Recino for $10,500.00 dated June 25, 2017 for fixing 6 parking spaces at the subject property in accordance with the ADA on June 15, 2017;

      3.  4 pictures of subject property parking lot regarding ADA parking spaces

**RESPONSE TO  INTERROGATORY NO. 18:**

      Same response as response to interrogatory no. 11.

**RESPONSE TO INTERROGATORY NO. 19:**

    1.   Vishnu Patel

      5434 Ram Court

      Rancho Cucamonga, CA 91737

      (909) 376-5453 - (Cell)

      (909) 941-8060 - (Office)

      (909) 980-3979 -  (Fax)

      patelvic@aol.com- (E-Mail)

    2.   Deep Patel

5434 Ram Court

Rancho Cucamonga, CA 91737

(909) 510-0953 - (Cell)

(909) 941-8060 - (Office)

(909) 980-3979 -  (Fax)

dpatel0607@aol.com- (E-Mail)

3.   Craig Lobnow of ProCasp located at 23882 MatdorWay,

Murrieta, CA 92562, (951) 219-1889 (cell), craig@procasp.com (e-mail)

4.  Jose Recino whose address is 3833 Buchanan Street, Riverside, CA 92562,

(951) 237-3053 (cell), do not know his e-mail address if any..

**RESPONSE TO INTERROGATORY NO. 20:**

Same response as response to interrogatory no. 17.

**RESPONSE TO INTERROGATORY NO. 21:**

None

**RESPONSE TO INTERROGATORY NO. 22**

May 12, 2017

DATED: July 16, 2021                         LAW OFFICES OF FRANK A.
                                             WEISER

                                             By: ̶F̶r̶a̶n̶k̶ ̶A̶.̶ ̶W̶e̶i̶s̶e̶r̶
                                             FRANK A. WEISER, Attorney for
                                             Defendant VKND KENDALL LLC,
                                             a California limited liability
                                             company

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "A"**

Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: JAMES RUTHERFORD

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual;<br><br>       Plaintiff,<br><br>v.<br><br>VKND KENDALL LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 5:20-cv-01746-JGB-SP<br><br>**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT VKND KENDALL LLC, a California limited liability company** |

      Pursuant to Federal Rules of Civil Procedure, Rule 33, Plaintiff JAMES RUTHERFORD ("Plaintiff") submit the following Interrogatories to Defendant VKND KENDALL LLC, a California limited liability company ("Defendant") and request that full and complete responses be provided within thirty (30) days after service hereof.

---

## **DEFINITIONS**

1. "YOU" includes VKND KENDALL LLC, a California limited liability company ("Defendant") the company, entity, institution, agency, subsidiary(ies), parent corporation(s) and/or any of its branches, departments, employees, agents, contractual affiliates, or otherwise connected by legal relationship, in the broadest sense. "YOU" includes any of YOUR sister companies or related entities, and their connected companies, whether or not separately incorporated.

2. The terms "PLAINTIFF" refers to JAMES RUTHERFORD.

3. The terms "ACCESS," "ACCESSIBLITY," or "ACCESSIBLE" refers to disability or handicap access as that term is used in the Americans with Disabilities Act (the "ADA").

4. The term "DISABILITY ACCESS LAWS" means all federal, state, and local laws and implementing regulations relating to access of the disabled, including but not limited to, the ADA, the Unruh Civil Rights Act, the 1991 ADA Standards for Accessible Design, and the 2010 ADA Standards for Accessible Design.

5. "DATE" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date (based upon relationship with other events).

6. "AGENT" shall mean: any agent, employee, officer, director, attorney, independent contractor or any other person acting at the direction of or on the behalf of another.

7. The term "ALTERATION" means any change to a facility that affects usability, including remodeling, renovation, rearrangements in structural parts, and changes or rearrangement of walls and full-height partitions.

8. The term "REMEDIATION" means the process of eliminating accessibility barriers for people with disabilities.

9. The term "READILY ACHIEVABLE" means easily accomplishable and able to be carried out without much difficulty or expense.

---

10. The term "UNDUE BURDEN" means significant difficulty or expense.

11. COMMUNICATION shall be interpreted broadly to include any and all DOCUMENTS which, in any way, refer or relate to or otherwise evidences information, ideas or oral, written or physical acts, whether or not intended to be transmitted or received.

12. "COMPLAINT" refers to the Complaint on file in the United States District Court for the Central District of California, **Case No.: 5:20-cv-01746-JGB-SP.**

13. The term "DOCUMENTS" shall have the broadest possible meaning and encompass, without limitation, the terms "in writing" and "recordings" as defined without limitations all written, graphic or otherwise recorded matter, however produced or reproduced, including the originals [or any copies when originals are not available] and non-identical copies [where different, for example, because notes were made on such copies or because said copies may have been sent to different individuals than the original, or for any other reason] and preliminary or final drafts or records, and recordings of every kind and description, including but not limited to, correspondences, teletype messages, facsimiles messages, notes, report, compilations, drawings, plans, pictures, computer printouts, computer disks and tapes, computer files, computerized data of any kind, intranet and internet computer messages and transmissions, inter-office and intra-office communications, financial calculations and statements, working papers, statistical analysis, invoices, purchase orders, expense accounts records, diaries, calendars, manuals, pamphlets, contracts agreements, and any summaries and analysis of the above, and all other recorded matter of every kind and nature.

14. The term "IDENTIFY", with respect to DOCUMENTS, shall call for disclosure of the location of the DOCUMENT and the name and ADDRESSES of the custodian of the DOCUMENT sufficient to allow

Propounding Party to frame a Request For Production of Documents or Subpoena.

15. The term "IDENTIFY", with respect to persons or entities, shall call for disclosure of the first and last name for a person and/or legal name for an entity, last known address, job title for a person, and last known telephone number for any persons or entities described in any interrogatory sufficient to allow Propounding Party to frame a notice of deposition and deposition subpoena.

16. The terms "RELATE" or "RELATED" means concerning, relating, composing, bearing upon, evidencing, constituting, stating, describing, summarizing, explaining, mentioning, supporting, referencing, referring, containing, showing, reflecting, memorializing, pertaining to or otherwise having any connection directly or indirectly, in whole or in part, to the subject matter of the subject interrogatory, request for admission or request for production, including, but not limited to, all DOCUMENTS or COMMUNICATIONS called for by the request herein.

17. The terms "RELATING TO" and "RELATES TO" mean, without limitation, relating to, constituting, concerning, mentioning, referring to, describing, summarizing, evidencing, listing, relevant to, demonstrating, tending to prove or disprove, or explain.

18. The term "REFERS TO" as used herein shall mean constituting, consisting of, or pertaining to, evidencing, supporting, contradicting, reflecting, or resulting from the matter specified, including in each instance, DOCUMENTS now, or previously attached or appended to or used in the preparation of any DOCUMENT called for by each request.

19. The term "YOU," "YOUR" and "YOURSELF" for purposes of these requests refers to the party to whom this request is directed, and its agents, employees,

servants and professional advisors, including but not limited to YOUR attorneys.

20.  The term "SUBJECT PROPERTY" refers to the property situated at 25685 Redlands Blvd., Loma Linda, CA 92354.

21.  "IDENTIFY ALL WITNESSES" requires YOU to list each person who is a witness to any event or DOCUMENT requested and the person's current or last known contact information, including addresses, business phone numbers, home phone numbers, mobile phone numbers, and email addresses."

22.  The Term "CERTIFIED ACCESS SPECIALIST" or "CASp", as defined by California Civil Code Section 55.52(a)(3), means any person who has been certified pursuant to Section 4459.5 of the Government Code.

**PLEASE NOTE: You are under a continuous obligation to supplement your responses to this request for production under the circumstances specified in Fed.R.Civ.P. 26(e).**

## INTERROGATORIES

### Interrogatory No. 1:

If YOU contend that REMEDIATION of the barriers identified in paragraphs 12 and 13 of the COMPLAINT at the SUBJECT PROPERTY are not READILY ACHIEVABLE, please state all facts that support YOUR contention.

### Interrogatory No. 2:

Please state YOUR net income from the SUBJECT PROPERTY for each year from 2016 to the present.

### Interrogatory No. 3:

Please state YOUR net worth for each year from 2016 to the present.

### Interrogatory No. 4:

If YOU contend that REMEDIATION of the barriers identified in paragraphs 12 and 13 of the COMPLAINT at the SUBJECT PROPERTY would fundamentally alter the nature of goods, services, facilities, privileges, advantages, and accommodations provided, please state all facts that support your contention.

**Interrogatory No. 5:**

Please state the total number of persons employed at the SUBJECT PROPERTY for each year from 2016 to present, either by YOU or by others (including lessees).

**Interrogatory No. 6:**

Please describe the type of operations that YOU and others (including lessees) perform at the SUBJECT PROPERTY.

**Interrogatory No. 7:**

If YOU contend that REMEDIATION of the barriers identified in paragraphs 12 and 13 of the COMPLAINT at the SUBJECT PROPERTY are structurally impracticable, please state all facts that support YOUR contention.

**Interrogatory No. 8:**

If YOU contend that REMEDIATION of the barriers identified in paragraphs 12 and 13 of the COMPLAINT will cause YOU an UNDUE BURDEN, please state all facts that support YOUR contention.

**Interrogatory No. 9:**

If YOU contend that REMEDIATION of the barriers identified in paragraphs 12 and 13 of the COMPLAINT will cause YOU an UNDUE BURDEN, please IDENTIFY all DOCUMENTS that support YOUR contention.

**Interrogatory No. 10:**

If YOU contend that REMEDIATION of the barriers identified in paragraphs 12 and 13 of the COMPLAINT will cause YOU an UNDUE BURDEN, please IDENTIFY all WITNESSES with knowledge of YOUR contention.

**Interrogatory No. 11:**

If YOU contend that YOU have complied in "good faith" with DISABILITY ACCESS LAWS with respect to the barriers identified in paragraphs 12 and 13 of the COMPLAINT, please state all facts that support YOUR contention.

**Interrogatory No. 12:**

If YOU contend that of the barriers identified in paragraphs 12 and 13 of the COMPLAINT are not violations of DISABILITY ACCESS LAWS, please state all facts that support YOUR contention.

**Interrogatory No. 13:**

Please describe all efforts undertaken since 2016 to make the SUBJECT PROPERTY ACCESSIBLE to persons with disabilities.

**Interrogatory No. 14:**

Please state the cost of YOUR efforts undertaken since 2016 to make the SUBJECT PROPERTY ACCESSIBLE to persons with disabilities.

**Interrogatory No. 15:**

Please state the completion date of any ALTERATIONS made to the SUBJECT PROPERTY undertaken since 2010.

**Interrogatory No. 16:**

Please describe all ALTERATIONS made to the SUBJECT PROPERTY since 2010.

**Interrogatory No. 17:**

Please IDENTIFY all DOCUMENTS RELATED TO all ALTERATIONS made to the SUBJECT PROPERTY since 2010.

**Interrogatory No. 18:**

If any YOUR answers to any of Plaintiff's Requests for Admission was not an unqualified admission, provide all facts that support YOUR refusal to admit to each of such Requests for Admission.

**Interrogatory No. 19:**

If any YOUR answers to any of Plaintiff's Requests for Admission was not an unqualified admission, IDENTIFY ALL WITNESSES that have knowledge of any facts which support YOUR refusal to admit to each of such Requests for Admission.

**Interrogatory No. 20:**

If any YOUR answers to any of Plaintiff's Requests for Admission was not an unqualified admission, IDENTIFY all DOCUMENTS that support YOUR refusal to admit to each of such Requests for Admission.

**Interrogatory No. 21:**

Please IDENTIFY the name of each party who has initiated an ADA lawsuit against YOU within the past 5 years.

**Interrogatory No. 22:**

Please IDENTIFY all DATES since January 1, 2010, that the SUBJECT PROPERTY was inspected by a CERTIFIED ACCESS SPECIALIST.

Dated: March 10, 2021          **MANNING LAW, APC**

By: /s/ Joseph R. Manning Jr., Esq.
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "B"**

| OWNERS NAME | UNIT | USE | SQ. FT. | |
|---|---|---|---|---|
| KIM LIEN THI NGUYEN | #A | NAIL ART | 1268 | Nail and Pedicure Shop |
| EMIL CATINEAN | #B | WATER EXPRESS | 1749 | Sells water |
| PANKAJ LAVINGIA | #C | SMOKE SHOP | 1357 | Sells Cigrettes and smoking accessories |
| MIKA CHIA | #D | TAX AND MORE | 1379 | Tax and accounting service |
| CHRISTINA LESSARD | #E | HAIR CUT ETC. | 1465 | Hair cut and barber shop |
| DIEP VAN HO & HOA DANG | #F | MASSAGE PARLOUR | 1876 | Body massage place |
| ALI ARAB | #G | SORRENTINO PIZZA | 2376 | Pizza Parlour |
| POLDITO RODRIGUEZ | #H/I | ORIENTAL GROCERY STORE | 2447 | Storage place for Oriental groceries |
| POLDITO RODRIGUEZ | #J/K/L | ORIENTAL GROCERY STORE | 3939 | Sells oriental groceries |
| SONIA MANNAN | #M | INDIAN GROCERY STORE | 1511 | Sells Indian / bangla desi /pakistani groceries |
| POLDITO RODRIGUEZ | #N | ORIENTAL GROCERY STORE | 1458 | storage for Oriental groceries |
| | | | | |
| KHANAM JIVANI | #A | SUBWAY | 1321 | Subway shop |
| PRAPAT PUCKDEE | #B | VIETNAMESE | 1416 | Thai food restaurant |
| YVONNE LE | #C | A-DONG RESTAURANT | 2563 | Vietanamies Restaurant |

26125

## VERIFICATION

I am an authorized representative of the defendant VKND KENDALL, LLC in the above-entitled action and I have authority to sign on its behalf. I have read the foregoing RESPONSE TO FIRST SET OF INTERROGATORIES thereof. The same is true of my knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this 16th day of July, 2021 at Rancho Cucamonga, California.

VISHNU PATEL

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                               ) ss.
COUNTY OF LOS ANGELES          )

     I am employed in the County of Los Angeles, am over the age of 18 years, and not a party to the within action. My business address is 3460 Wilshire Boulevard, Suite 1212, Los Angeles, California 90010.

     On July 16, 2021, I served the document entitled **RESPONSE TO FIRST SET OF INTERROGATORIES** on the interested parties in this action by e-mailing a true copy thereof addressed as follows:

     Joseph R. Manning, Jr., Esq.
     Manning Law, APC
     20062 S.W. Birch  Street, Suite 200
     Newport Beach, CA 92660
     E-Mail: ADAPracticeGroup@manninglawoffice.com

     BY U.S. MAIL:  By First Class Mail I deposited such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

  **X**  BY FEDERAL EXPRESS:  I deposited such document in a federal express envelope fully prepaid at a Kinko's/Federal Express Office to be delivered to the persons listed as addressed above.

  **X**  BY E-MAIL  TRANSMISSION:  I transmitted such document to the following party at the e-mail address  listed above.

  **X**  (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     Executed on July 16, 2021, at Los Angeles, California.

                                Frank A. Weiser