UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 20-1746 JGB (SPx) | Date | October 26, 2021 |
|---|---|---|---|
| Title | *James Rutherford v. VKND Kendall, LLC, et al.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:** Order GRANTING Defendant's Ex Parte Application to Continue the Motion for Summary Judgment Hearing (Dkt. No. 32) (IN CHAMBERS)

Before the Court is Defendant VKND Kendall LLC's ("Defendant") ex parte application to extend the time to file an opposition to Plaintiff James Rutherford's ("Plaintiff") motion for summary judgment ("MSJ," Dkt. No. 30) or, in the alternative, to continue the hearing on the MSJ set for November 8, 2021. ("Application," Dkt. No. 32.) Plaintiff opposed the Application on October 22, 2021. ("Opposition," Dkt. No. 35.) Defendant replied on October 25, 2021. ("Reply," Dkt. No. 37.)

The Court notes that Defendant filed the opposition to the MSJ on October 25, 2021. ("MSJ Opposition," Dkt. No. 41.) Accordingly, the Application's request for an extension is now MOOT.

After considering the papers filed in support of and in opposition to the Application, the Court GRANTS the Application's request to continue the MSJ hearing and CONTINUES the hearing to Monday, November 15, 2021 at 9:00 a.m. Plaintiff's reply will be due on November 1, 2021.

**IT IS SO ORDERED.**