1  Joseph R. Manning, Jr., Esq. (SBN 223381)
2  **MANNING LAW, APC**
   20062 SW Birch St., Suite 200 Newport Beach, CA 92660
3  Tel: (949) 200-8755 Fax: (866) 843-8308
4  DisabilityRights@manninglawoffice.com

5  Attorneys for Plaintiff:
6  JAMES RUTHERFORD

7  Frank A. Weiser (SBN 89780)
   maimons@aol.com
8  3460 Wilshire Blvd., Ste. 1212
9  Los Angeles, CA 90010
10 Telephone: (213) 384-6964 / Fax: (213) 383-7368

11 Attorneys for Defendant
12 VKND KENDALL LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 5:20-cv-01746-JGB-SP |
| Plaintiff, | Hon. Jesus G. Bernal |
| v. | **JOINT NOTICE OF SETTLEMENT** |
| VKND KENDALL LLC, a California limited liability company; and DOES 2-10, inclusive, | Complaint Filed: August 28, 2020<br>Trial Date: None Set |
| Defendants. | |

JOINT NOTICE OF SETTLEMENT
1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, VKND KENDALL LLC (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: December 9, 2021       **MANNING LAW, APC**

            By: */s/ Joseph R. Manning, Jr. Esq.*
               Joseph R. Manning, Jr., Esq.
               Attorneys for Plaintiff,
               James Rutherford

Dated: December 9, 2021

            By: */s/ Frank A. Weiser*
               Frank A. Weiser
               Attorney for Defendant,
               VKND Kendall LLC

## CERTIFICATE OF SERVICE

I certify that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

               Respectfully submitted,

Dated: December 9, 2021       **MANNING LAW, APC**

            By: */s/ Joseph R. Manning, Jr. Esq.*
               Joseph R. Manning, Jr., Esq.
               Attorneys for Plaintiff
               James Rutherford

## **SIGNATURE ATTESTATION**

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: December 9, 2021             **MANNING LAW, APC**

By:    */s/ Joseph R. Manning, Jr. Esq.*
Joseph R. Manning, Jr., Esq.
Attorneys for Plaintiff
James Rutherford