Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 200-8755

Attorneys for Plaintiff:
JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, | Case No.:  5:20-cv-01746-JGB-SP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Complaint Filed:  August 28, 2020<br>Trial Date: January 25, 2022 |
| VKND KENDALL LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

NOTICE OF SETTLEMENT

1

Please take notice that Plaintiff, JAMES RUTHERFORD and Defendant, VKND KENDALL LLC, a California limited liability company, by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

**CERTIFICATE OF SERVICE**

I certify that on December 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                              Respectfully submitted,

Dated: December 9, 2021                  **MANNING LAW, APC**

                                 By:    */s/ Joseph R. Manning, Jr. Esq.*
                                              Joseph R. Manning, Jr., Esq.
                                              Attorney for Plaintiff
                                              James Rutherford