Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff:
JAMES RUTHERFORD

Frank A. Weiser (SBN 89780)
maimons@aol.com
3460 Wilshire Blvd., Ste. 1212
Los Angeles, CA 90010
Telephone: (213) 384-6964 / Fax: (213) 383-7368

Attorneys for Defendant
VKND KENDALL LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>VKND KENDALL LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 5:20-cv-01746-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: August 28, 2020<br>Trial Date: None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") VKND KENDALL LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 29, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
   Joseph R. Manning, Jr.
   Attorney for Plaintiff
   James Rutherford

DATED: December 29, 2021

**GOLDEN LAW A.P.C.**

By: /s/ *Frank A. Weiser*
   Frank A. Weiser
   Attorneys for Defendant
   VKND Kendall LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 29, 2021    By: /s/ *Joseph R. Manning, Jr.*