1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD, | Case No. 5:20-cv-01746-JGB-SP |
|---|---|
| Plaintiff, | **ORDER RE DISMISSAL WITH PREJUDICE** |
| vs. | |
| VKND KENDALL LLC, a California limited liability company; and DOES 1-10, inclusive, | |
| Defendants. | |

1
ORDER RE
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and VKND Kendall LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  January 4, 2022

_____
UNITED STATES DISTRICT JUDGE